

SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC – 1 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| HUTHAIFA AHMAD ALBARGHUTHI (01) | § | |
|    a/k/a Huthaifa Barghuthi | § | |
| LOWANA MOHAMMAD AWAD (02) | § | |
|    a/k/a Lowana Albarguthi | § | |
| NAGHAM HASAN BURGOTTI (03) | § | |
|    a/k/a Nagham Hasan Abdelfattah | § | |
|    a/k/a Nagham Hasan Burguthi | § | |
| MOHAMMAD ARAFEH ABUAWAD (04) | § | |
|    a/k/a Mohammad Arafeh Awad | § | |
|    a/k/a Mohd Arafeh Abuawad | § | |
| ADAM MOHAMMAD BARGUTHI (05) | § | |
|    a/k/a Adham Barguthi | § | |

**TO BE FILED UNDER SEAL**

**3. - 1 0 CR - 3 3 9 - N**

## INDICTMENT

The Grand Jury Charges:

### Count One
### Forced Labor Conspiracy
### (Violation of 18 U.S.C. § 1594(b) (18 U.S.C. § 1589))

1.    Beginning in or around late 2006 and continuing until in or around April

2009, in the Northern District of Texas and elsewhere, defendants **Huthaifa Ahmad**

**Albarghuthi, Lowana Mohammad Awad, Nagham Hasan Burgotti, Mohammad**

**Arefeh Abuawad,** and **Adam Mohammad Barguthi** did knowingly combine, conspire,

confederate and agree with each other and with others known and unknown to the grand

jury to provide and obtain the labor and services of S.H., a Sri Lankan woman, by means

of threats of serious harm to S.H.; by means of abuse and threatened abuse of the law or

legal process; and by means of a scheme, plan, and pattern intended to cause S.H. to

believe that, if S.H. did not perform such labor or services, that S.H. would suffer serious

harm.

      In violation of 18 U.S.C. § 1594(b) (18 U.S.C. § 1589).

**Count Two**
**Forced Labor and Attempted Forced Labor**
**Aiding and Abetting**
**(Violation of 18 U.S.C. §§ 1589, 1594 and 2)**

Beginning in or around late 2006 and continuing until sometime in 2008, in the

Northern District of Texas and elsewhere, defendants **Huthaifa Ahmad Albarghuthi,**

**Lowana Mohammad Awad, Nagham Hasan Burgotti, Mohammad Arefeh**

**Abuawad,** and **Adam Mohammad Barguthi,** aiding and abetting each other, attempted

to and did knowingly provide and obtain the labor and services of S.H., a Sri Lankan

woman, by means of threats of serious harm to S.H.; by means of abuse and threatened

abuse of the law or legal process; and by means of a scheme, plan, and pattern intended to

cause S.H. to believe that, if S.H. did not perform such labor or services, that S.H. would

suffer serious harm.

In violation of 18 U.S.C. §§ 1589, 1594 and 2.

## Count Three
### Forced Labor and Attempted Forced Labor
### Aiding and Abetting
### (Violation of 18 U.S.C. §§ 1589, 1594 and 2)

Beginning sometime in 2008 and continuing until in or around April 2009, in the

Northern District of Texas, Eastern District of Texas and elsewhere, defendants **Huthaifa**

**Ahmad Albarghuthi, Nagham Hasan Burgotti,** and **Adam Mohammad Barguthi,**

aiding and abetting each other, attempted to and did knowingly provide and obtain the

labor and services of S.H., a Sri Lankan woman, by means of threats of serious harm to

S.H.; by means of abuse and threatened abuse of the law or legal process; and by means

of a scheme, plan, and pattern intended to cause S.H. to believe that, if S.H. did not

perform such labor or services, that S.H. would suffer serious harm.

In violation of 18 U.S.C. §§ 1589, 1594 and 2.

**Count Four**
**Conspiracy to Harbor for Financial Gain**
**(Violation of 8 U.S.C. §§ 1324(a)(1)(A)(v and 1324(a)(1)(B)(i))**

Between in or around July 2007 and continuing through in or around April 2009,

in the Northern District of Texas and elsewhere, defendants **Huthaifa Ahmad**

**Albarghuthi, Lowana Mohammad Awad, Nagham Hasan Burgotti, Mohammad**

**Arefeh Abuawad,** and **Adam Mohammad Barguthi**, knowing and willfully did

combine, conspire, and agree together and with others known and unknown to the grand

jury, knowing and in reckless disregard of the fact that S.H., an alien, came to, entered,

and remained in the United States in violation of law, did conceal, harbor, and shield S.H.

from detection in their residence and elsewhere for the purpose of private financial gain.

In violation of 8 U.S.C. §§ 1324(a)(1)(A)(v) and 1324(a)(1)(B)(i).

## Count Five
## Harboring Alien for Financial Gain
### (Violation of 8 U.S.C. §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i))

Between in or around July 2007 and continuing through sometime in 2008, in the

Northern District of Texas and elsewhere, defendants **Huthaifa Ahmad Albarghuthi,**

**Lowana Mohammad Awad, Nagham Hasan Burgotti, Mohammad Arefeh**

**Abuawad,** and **Adam Mohammad Barguthi**, knowing and in reckless disregard of the

fact that S.H., an alien, came to, entered, and remained in the United States in violation of

law, did conceal, harbor, and shield S.H. from detection in their residence and elsewhere

for the purpose of private financial gain.

In violation of 8 U.S.C. §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## Count Six
### Harboring Alien for Financial Gain
### (Violation of 8 U.S.C. §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i))

Between sometime in 2008 and continuing through on or about April 22, 2009, in the Northern District of Texas, Eastern District of Texas and elsewhere, defendants **Huthaifa Ahmad Albarghuthi, Nagham Hasan Burgotti,** and **Adam Mohammad Barguthi**, knowing and in reckless disregard of the fact that S.H., an alien, came to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield S.H. from detection in their residence and elsewhere for the purpose of private financial gain.

In violation of 8 U.S.C. §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

**Count Seven**
**Document Servitude**
**Aiding and Abetting**
**(Violation of 18 U.S.C. §§ 1592 and 2)**

Between on or about January 23, 2007 and continuing through in or around April 2009, in the Northern District of Texas and elsewhere, defendants **Huthaifa Ahmad Albarghuthi, Lowana Mohammad Awad, Nagham Hasan Burgotti, Mohammad Arefeh Abuawad,** and **Adam Mohammad Barguthi,** aiding and abetting one another, attempted to and did knowingly conceal, remove, confiscate, and possess the actual and purported passport and immigration documents of an individual known as S.H., a Sri Lankan national, in the course of a violation of 18 U.S.C. § 1589, with the intent to violate 18 U.S.C. § 1589; and to prevent or restrict or attempt to prevent or restrict, without lawful authority, S.H.'s liberty to move or travel, in order to maintain the labor and services of S.H. when S.H. was a victim of a severe form of trafficking in persons.

In violation of 18 U.S.C. §§ 1592, 1589 and 2.

**Forfeiture Notice**
**[18 U.S.C. § 1594(d); 18 U.S.C. § 982(a)(6)]**

Upon conviction for either of the offenses alleged in Counts One and Four of this Indictment and pursuant to 18 U.S.C. § 1594(d), defendants **Huthaifa Ahmad Albarghuthi, Lowana Mohammad Awad, Nagham Hasan Burgotti, Mohammad Arefeh Abuawad,** and **Adam Mohammad Barguthi** shall forfeit to the United States their respective interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the respective offense and any property, real or personal, constituting or derived from, any proceeds they obtained, directly or indirectly, as a result of the respective offense.

Upon conviction for either of the offenses alleged in Counts Two and Three of this Indictment and pursuant to 18 U.S.C. § 982(a)(6), defendants **Huthaifa Ahmad Albarghuthi, Lowana Mohammad Awad, Nagham Hasan Burgotti, Mohammad Arefeh Abuawad,** and **Adam Mohammad Barguthi** shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft used in the commission of the respective offense; any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the respective offense; and any property, real or personal, used to facilitate, or intended to be used to facilitate, the commission of the respective offense.

This property includes, but is not limited to, the following:

1.      The real property located at 6904 Meadow Bend, Arlington, Texas.

2.      The business located at Tobacco Row, 601 West Parker Road #117, Plano, Texas, and all its property and inventory.

3.      The business located at Tobacco Row, 4757 West Park Boulevard #102, Plano, Texas, and all its property and inventory.

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), if any of the above-referenced property subject to forfeiture, as a result of any act or omission of any of the defendants, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States of America to seek forfeiture of any other property of the defendants up to the value of the previously-described property subject to forfeiture.

A TRUE BILL

_____

FOREPERSON


JAMES T. JACKS
UNITED STATES ATTORNEY

_____

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile:  214.767.2916
Email:      Errin.Martin@usdoj.gov


THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

_____

CHRISTOPHER LOMAX
Trial Attorney
Civil Rights Division
United States Department of Justice
Washington, D.C.
Telephone: 202.307.5743
Facsimile:  202.514.8336
Email:      Christopher.Lomax@usdoj.gov


Indictment - Page 11

A true bill rendered

-----------------------------------------------------------------

DALLAS                                                    FOREPERSON

Filed in open court this _____ day of December, 2010

-----------------------------------------------------------------

-----------------------------------------------------------------
                                                              Clerk

Arrest Warrant to Issue To All Defendants

-----------------------------------------------------------------
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal Complaint Pending

SEALED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

**8 - 10CR - 339 - N**

THE UNITED STATES OF AMERICA

v.

HUTHAIFA AHMAD ALBARGHUTHI (01)
a/k/a Huthaifa Barghuthi
LOWANA MOHAMMAD AWAD (02)
a/k/a Lowana Albarghuthi
NAGHAM HASAN BURGOTTI (03)
a/k/a Nagham Hasan Abdelfattah
a/k/a Nagham Hasan Burguthi
MOHAMMAD ARAFEH ABUAWAD (04)
a/k/a/ Mohammad Arafeh Awad
a/k/a Mohd Arafeh Abuawad
ADAM MOHAMMAD BARGUTHI (05)
a/k/a Adham Barguthi



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 1 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

---

## SEALED INDICTMENT

18 U.S.C. § 1594(b), 18 U.S.C. § 1589
Forced Labor Conspiracy

18 U.S.C. §§ 1589 and 1594 and 2
Forced Labor and Attempted Forced Labor
Aiding and Abetting

8 U.S.C. §§1324(a)(1)(A)(v and 1324(a)(1)(B)(i)
Conspiracy to Harbor for Financial Gain

8 U.S.C. §§1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i)
Harboring Alien for Financial Gain

18 U.S.C. §§1592 and 2
Document Servitude
Aiding and Abetting

18 U.S.C. § 1594(d); 18 U.S.C. § 982 (a)(6)
Forfeiture Notice

7 Counts

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**SEALED**

**ORIGINAL**

**Related Case Information**

Superseding Indictment:  __Yes  _X_ No

New Defendant:  __X_Yes  ___No

Pending CR Case in NDTX:  ___Yes  _X__No (If yes, CR #:)

Search Warrant Case Number: _____

Rule 20 from District of:  **3. - 10CR - 339 - N**

Magistrate Case Number: _____

1. **Defendant Information**

Juvenile:  ☐ Yes  ☒ No

Matter to be sealed:

☒ Yes  ☐ No

| | |
|---|---|
| Defendant Name | HUTHAIFA AHMAD ALBARGHUTHI (1) |
| Alias Name | a/k/a Huthaifa Barghuthi |
| Address | |

RECEIVED BY ____

DEC - 1 2010

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed:    Dallas

2. **U.S. Attorney Information**

Errin Martin                    Bar #: Texas No. 24032572

3. **Interpreter**

☐ Yes  ☒ No

If Yes, list language and/or dialect: _____

4. **Location Status    ARREST WARRANT TO ISSUE**

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant:    7      ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1594 (b), 18 U.S.C. § 1589 | Forced Labor Conspiracy | 1 |
| 18 U.S.C. §§1589, 1594 and 2 | Forced Labor and Attempted Forced Labor, Aiding and Abetting | 2-3 |
| 8 U.S.C. §§1324(a)(1)(A)(v and 1324(a)(1)(B)(i) | Conspiracy to Harbor for Financial Gain | 4 |
| 8 U.S.C. §§1324(a)(1)(A)(iii)and 1324(a)(1)(B)(i) | Harboring Alien for Financial Gain | 5-6 |
| 18 U.S.C. §§ 1592 and 2 | Document Servitude, Aiding and Abetting | 7 |
| 18 U.S.C. § 1594 (d);18 U.S.C.§982(a)(6) | Forfeiture Notice | |

Date  11.30.2010              Signature of AUSA: _Errin Martin_

ERRIN MARTIN

*Criminal Case Cover Sheet* Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

SEALED

**Related Case Information**

Superseding Indictment: ___Yes ___X___No

New Defendant: ___X___Yes _____No

Pending CR Case in NDTX: ___Yes ___X__No (If yes, CR #:3:09-CR-146-P)

Search Warrant Case Number: **3. - 10CR - 339 - N**

Rule 20 from District of: _____

Magistrate Case Number:_____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ LOWANA MOHAMMAD AWAD (2)

   Alias Name    a/k/a "Lowana Albarguthi

   Address    _____

   RECEIVED
   BY _____
   DEC - 1 2010
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

   County in which offense was committed:    Dallas

2. **U.S. Attorney Information**

   Errin Martin    Bar # Texas 24032572

3. **Interpreter**

   ☐ Yes ☒ No

   If Yes, list language and/or dialect: _____

4. **Location Status    ARREST WARRANT TO ISSUE**

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 5    ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1594 (b), 18 U.S.C. § 1589 | Forced Labor Conspiracy | 1 |
| 18 U.S.C. §§1589, 1594 and 2 | Forced Labor and Attempted Forced Labor, Aiding and Abetting | 2 |
| 8 U.S.C. §§1324(a)(1)(A)(v and 1324(a)(1)(B)(i) | Conspiracy to Harbor for Financial Gain | 4 |
| 8 U.S.C. §§1324(a)(1)(A)(iii)and 1324(a)(1)(B)(i) | Harboring Alien for Financial Gain | 5 |
| 18 U.S.C. §§ 1592 and 2 | Document Servitude, Aiding and Abetting | 7 |
| 18 U.S.C. § 1594 (d);18 U.S.C.§982(a)(6) Forfeiture Notice | | |

Date 11.30.2010    Signature of AUSA: *Errin Martin*

ERRIN MARTIN

*Criminal Case Cover Sheet* Revised 3/5/98

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

ORIGINAL

**CALL**

| | Related Case Information |
|---|---|
| Superseding Indictment: | __Yes   _X_ No |
| New Defendant: | _X_ Yes   ___No |
| Pending CR Case in NDTX: | ___Yes   _X_ No (If yes, CR #:3:09-CR-146-P) |
| Search Warrant Case Number: | |
| Rule 20 from District of: | _____ |
| Magistrate Case Number: | _____ |

**3.- 10CR-339-N**

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name        **NAGHAM HASAN BURGOTTI (3)**

   Alias Name        a/k/a "Nagham Hasan Abdelfattah"; a/k/a "Nagham Hasan Burguthi"

   Address

   RECEIVED
   BY

   DEC - 1 2010

   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

   County in which offense was committed:        Dallas

2. **U.S. Attorney Information**

   Errin Martin        Bar # Texas 24032572

3. **Interpreter**

   ☐ Yes ☒ No

   If Yes, list language and/or dialect: _____

4. **Location Status**    **ARREST WARRANT TO ISSUE**

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 7        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1594 (b), 18 U.S.C. § 1589 | Forced Labor Conspiracy | 1 |
| 18 U.S.C. §§1589, 1594 and 2 | Forced Labor and Attempted Forced Labor, Aiding and Abetting | 2-3 |
| 8 U.S.C. §§1324(a)(1)(A)(v and 1324(a)(1)(B)(i) | Conspiracy to Harbor for Financial Gain | 4 |
| 8 U.S.C. §§1324(a)(1)(A)(iii)and 1324(a)(1)(B)(i) | Harboring Alien for Financial Gain | 5-6 |
| 18 U.S.C. §§ 1592 and 2 | Document Servitude, Aiding and Abetting | 7 |
| 18 U.S.C. § 1594 (d);18 U.S.C.§982(a)(6) Forfeiture Notice | | |

Date 11.30.2010        Signature of AUSA: *Errin Martin*

        ERRIN MARTIN

*Criminal Case Cover Sheet*                                                      Revised 3/5/98

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ORIGINAL

SEALED

| | |
|---|---|
| **Related Case Information** | |
| Superseding Indictment: __Yes __X__No | |
| New Defendant: _X_Yes ___No | |
| Pending CR Case in NDTX: ___Yes _X__No (If yes, CR #:3:09-CR-146-P) | |
| Search Warrant Case Number: | |
| Rule 20 from District of: | 3: - 10CR - 339 - N |
| Magistrate Case Number: | |

1.   **Defendant Information**

Juvenile:  ☐ Yes  ☒ No

Matter to be sealed:

☒ Yes  ☐ No

Defendant Name                 MOHAMMAD ARAFEH ABUAWAD(4)

Alias Name          a/k/a "Mohammad Arafeh Awad"; a/k/a/ "Mohd Arafeh Abuawad"

Address

RECEIVED
BY _____

County in which offense was committed:              Dallas

DEC - 1 2010

2.   **U.S. Attorney Information**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Errin Martin                          Bar # Texas 24032572

3.   **Interpreter**

☐ Yes  ☒ No

If Yes, list language and/or dialect: _____

4.   **Location Status        ARREST WARRANT TO ISSUE**

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant: 5        ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1594 (b), 18 U.S.C. § 1589 | Forced Labor Conspiracy | 1 |
| 18 U.S.C. §§1589, 1594 and 2 | Forced Labor and Attempted Forced Labor, Aiding and Abetting | 2 |
| 8 U.S.C. §§1324(a)(1)(A)(v and 1324(a)(1)(B)(i) | Conspiracy to Harbor for Financial Gain | 4 |
| 8 U.S.C. §§1324(a)(1)(A)(iii)and 1324(a)(1)(B)(i) | Harboring Alien for Financial Gain | 5 |
| 18 U.S.C. §§ 1592 and 2 | Document Servitude, Aiding and Abetting | 7 |
| 18 U.S.C. § 1594 (d);18 U.S.C.§982(a)(6) | Forfeiture Notice | |

Date  11.30.2010        Signature of AUSA: *Errin Martin*

ERRIN MARTIN

SEALED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information | |
|---|---|
| Superseding Indictment: __Yes  _X_No | |
| New Defendant: _X_Yes  ___No | |
| Pending CR Case in NDTX: ___Yes  _X_No (If yes, CR #:3:09-CR-146-P) | |
| Search Warrant Case Number: | **3. - 10CR - 339 - N** |
| Rule 20 from District of: _____ | |
| Magistrate Case Number:_____ | |

1.   **Defendant Information**

Juvenile:  ☐ Yes ☒ No

Matter to be sealed:

☒ Yes  ☐ No

Defendant Name          ADAM MOHAMMAD BARGUTHI**(5)**

Alias Name          a/k/a "Adam Mohammad Barguthi

Address          _____

          _____

County in which offense was committed:          Dallas

RECEIVED
BY _____
DEC   1 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2.   **U.S. Attorney Information**

Errin Martin          Bar # Texas 24032572

3.   **Interpreter**

☐ Yes  ☒ No

If Yes, list language and/or dialect: _____

4.   **Location Status**    **ARREST WARRANT TO ISSUE**

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant: 7     ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1594 (b), 18 U.S.C. § 1589 | Forced Labor Conspiracy | 1 |
| 18 U.S.C. §§1589, 1594 and 2 | Forced Labor and Attempted Forced Labor, Aiding and Abetting | 2-3 |
| 8 U.S.C. §§1324(a)(1)(A)(v and 1324(a)(1)(B)(i) | Conspiracy to Harbor for Financial Gain | 4 |
| 8 U.S.C. §§1324(a)(1)(A)(iii)and 1324(a)(1)(B)(i) | Harboring Alien for Financial Gain | 5-6 |
| 18 U.S.C. §§ 1592 and 2 | Document Servitude, Aiding and Abetting | 7 |
| 18 U.S.C. § 1594 (d);18 U.S.C.§982(a)(6) | Forfeiture Notice | |

Date  11.30.2010          Signature of AUSA: *Errin Martin*

          ERRIN MARTIN